## 20906. PARRISH v. THE STATE.

BROYLES, C. J. The evidence connecting the defendant with the offense being wholly circumstantial, it was error for the court, even in the absence of an appropriate written request, to fail to charge the law of circumstantial evidence.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 11, 1930.

*Kirkland & Kirkland,* for plaintiff in error.
*L. C. Anderson, solicitor,* contra.